

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

HAYDELL INDUSTRIES L L C ET AL          CIVIL ACTION NO. 6:09CV1518

VERSUS                                   JUDGE DOHERTY

ORIANO PETRUCCI ET AL                    MAGISTRATE JUDGE METHVIN

### NOTICE OF MOTION SETTING

The Motion to Dismiss (Document No. 10) filed by James P Gherardini, Kristopher R Bonnegent, N 2 Spray Solutions L L C, Grady Olson, Cindy Olson on September 18, 2009 will be decided by the Court on or after its next regular motion date which is November 20, 2009.

### Deadlines

Any response to said motion is due within **FIFTEEN DAYS AFTER SERVICE OF THE MOTION** (see LR 7.5W). OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED. No reply briefs may be filed without leave of court. A motion for leave of court to file a reply must be filed within seven **(7) business day** after the memorandum in opposition is filed.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record **WITHOUT** oral argument. Therefore, briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

**LEAD COUNSEL/TRIAL COUNSEL MUST BE PRESENT IN COURT SHOULD ORAL ARGUMENT BE ORDERED, AS WELL AS AT ALL PROCEEDINGS WHERE THE COURT WILL PARTICIPATE (INCLUDING TELEPHONE CONFERENCES), UNLESS PRIOR PERMISSION IS OBTAINED FROM THE COURT.**

### Courtesy Copies Required

A courtesy copy of the briefs and any attachments must be provided to chambers promptly after filing to the following address:

> Hon. Rebecca F. Doherty
> United States District Judge
> 800 Lafayette St., Suite 4900
> Lafayette, Louisiana 70501

**DATE OF NOTICE: September 21, 2009.**

> TONY R. MOORE
> CLERK OF COURT

COPY SENT
DATE:      September 21, 2009
BY:        tlk
TO:        RFD, Chris Guidry