RECEIVED

SEP 2 1 2009

TONY ~ MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| To: | All Counsel of Record |
| Issued By: | Judge Rebecca F. Doherty |
| Re: | Haydell Industries, LLC, et al v. Oriano Petrucci, et al<br>Civil Action No. 6:09-1518 |
| Date: | September 21, 2009 |

## MINUTE ENTRY

The "Motion to Dismiss Pursuant to Rule 12(b)(6)" [Doc. 10], filed by Grady Olson, Cindy Olson, James P. Gherardini, Kristopher R. Bonnegent, and N2 Spray Solutions, LLC, is hereby REFERRED to Magistrate Judge Methvin for issuance of a Report and Recommendation.