UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **HAYDELL INDUSTRIES, LLC,** **ADVANCED EQUIPMENT SERVICES, INC.** | **CIVIL ACTION NO. 09-1518** |
| **VERSUS** | **JUDGE DOHERTY** |
| **ORIANO PETRUCCI,** **EUROSIDER AMERICA, INC.,** **GRADY OLSON, D/B/A** **NEPSA MANAGEMENT,** **CINDY OLSON, INDIVIDUALLY** **AND D/B/A NEPSA MANAGEMENT,** **JAMES P. GHERARDINI,** **KRISTOPHER R. BONNEGENT,** **GARY PAWLIK,** **N2 SPRAY SOLUTIONS, LLC** | **MAGISTRATE JUDGE HANNA** |

*ORDER*

Defendants Olson, Gherardini, Bonnegut, and N2 Spray Solutions Motion to Dismiss Pursuant to Rule 12(b)(6)(rec. doc. 10), and defendants Oriano Petrucci and Eurosider America, Inc.'s Alternative Motions to Dismiss and for Summary Judgment (rec. doc. 33), are currently set for oral argument on December 16, 2009.  Petrucci and Eurosider America Inc.s' motion was originally set for hearing in January.

After review of the motions, in the interest of judicial efficiency,

**IT IS ORDERED** that oral argument on the Motion to Dismiss Pursuant to Rule 12(b)(6)(rec. doc. 10) and the Alternative Motions to Dismiss and for Summary Judgment

1

(rec. doc. 33) set for December 16, 2009, is **CANCELLED and RESET** on **January 27, 2010, at 9:30 a.m.**, Courtroom 7, before the undersigned Magistrate Judge.

Signed this 14th day of December 2009.

Patrick J. Hanna
United States Magistrate Judge