UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **HAYDELL INDUSTRIES, LLC, ET AL** | * | **CIVIL ACTION NO. 09-1518** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **PETRUCCI** | * | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, including the objections filed herein[1], this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is

**ORDERED** that subject matter jurisdiction exists in this matter, pending reexamination of plaintiffs' amended claim of copyright infringement.

**IT IS FURTHER ORDERED** that defendants Grady Olson, Cindy Olson, James P. Gherardini, Kristopher R. Bonnegent and N2 Spray Solutions, LLC's Motion to Dismiss Pursuant to Rule 12(b)(6) [Rec. Doc. 10] and defendants Oriano Petrucci and Eurosider America, Inc.'s Alternative Motions to Dismiss and For Summary Judgment [Rec. Doc. 33] be **GRANTED IN PART AND DENIED IN PART WITHOUT PREJUDICE TO REFILE SAME, AS FOLLOWS**:

---

[1] Defendants objected in part with regards to one specific cause of action, namely the Non-Competition Agreement, and suggested that "the Court evaluate the report and reach an independent conclusion." *R. 59.*

1) All claims for intentional interference with contract against corporate defendants Eurosider America, Inc. and N2Spray Solutions be **DISMISSED**;

2) Plaintiffs shall amend their complaint within 14 days of this order to more specifically allege the following claims:

   a) Claims 1, 2 and 4 shall be amended to clarify the corporate officer status of the individual defendants;

   b) Claims 1, 2, 3, 4, and 6 shall be amended to more particularly allege what misleading, defamatory and false information was provided by defendants;

   c) Claim 5 shall be amended, as to defendants Petrucci and Eurosider America only, to more particularly allege what misleading, defamatory and false information was provided by defendants;

   d) Claim 13 for Copyright Infringement shall be amended to specifically allege who owns which copyright to which materials and which copyrighted materials the Olson defendants are wrongfully using;

3) All other requested relief be **DENIED** without prejudice to reurge the relief requested if warranted.

Thus signed this 9th day of March, 2010. Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE