UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**HAYDELL INDUSTRIES, LLC, ET AL**          **CIVIL ACTION NO. 09-01518**

**VERSUS**                                  **JUDGE MELANCON**

**ORIANO PETRUCCI, ET AL**                  **MAGISTRATE JUDGE HANNA**

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the lack of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. It is therefore,

**ORDERED** that Grady Olson, Cindy Olson, James P. Gherardini, Kristopher R. Bonnegent and N2 Spray Solutions, LLC's Second Motion to Dismiss Pursuant to Rule 12(b)(6) [Rec. Doc. 86] is **GRANTED IN PART AND DENIED IN PART** as follows:

1) Any claims for intentional interference with contract against defendants Grady Olson and James P. Gherardini are **DISMISSED**;

2) All other claims for relief are **DENIED**.

THUS DONE and SIGNED in Lafayette, Louisiana, this 16th day of November, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE